1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9 Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| 10        Plaintiffs, | **ORDER** |
| 11 v. | |
| 12 Kristi Noem, et al., | |
| 13        Defendants. | |
| 14 | |

15       Earlier today, August 31, 2025, the Court issued a Temporary Restraining Order

16 enjoining the removal of the Plaintiff Children in this matter.  It has come to the Court's

17 attention that some children may have been in the process of being removed.  To avoid

18 any confusion, the Court issues this additional Order requiring Respondents to file a

19 Notice by 4:00 p.m. today confirming no Plaintiff Children have been removed from the

20 United States.  If any Plaintiff Children are in the process of being removed, they must be

21 returned to the United States and the status quo ante immediately.

22       **IT IS ORDERED** Respondents must file a Notice by 4:00 p.m. today as directed

23 herein.

24       **IT IS FURTHER ORDERED** if any Plaintiff Children are in the process of

25 being removed Respondents must return them to the United States and the status quo ante

26 immediately.

27       **IT IS FURTHER ORDERED** the Clerk of Court must send this Order to the

28 United States Attorney for the District of Arizona, to the attention of Katherine Branch at

katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

Dated this 31st day of August, 2025.

_____
Honorable Rosemary Márquez
United States District Judge