# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

On August 30, 2025, Plaintiffs—53 unaccompanied immigrant children from Guatemala—filed a Complaint for Injunctive and Declaratory Relief and a Motion for Temporary Restraining Order and Preliminary Injunction, alleging that Defendants intend to remove them from the United States without the protections required by the Trafficking Victims Protection Reauthorization Act. (Docs. 1, 2.) On August 31, 2025, the Court issued a Temporary Restraining Order, enjoining the removal of the Plaintiff Children in this matter pending further Order of the Court. (Doc. 7.) Plaintiffs' Motion for Preliminary Injunction remains pending. The Court hereby sets a hearing on that Motion.

**IT IS ORDERED** that a hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled for **September 11, 2025, at 9:30 a.m.,** before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

. . . .

. . . .

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit by email a copy of this order to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

Dated this 3rd day of September, 2025.

_____
Honorable Rosemary Márquez
United States District Judge