# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

On August 31, 2025, the Court issued a Temporary Restraining Order enjoining the removal of the Plaintiff Children named in Plaintiffs' initial Complaint for Injunctive and Declaratory Relief. (Doc. 7.) On September 8, 2025, the Court issued a second Temporary Restraining Order enjoining the removal of the new Plaintiffs—four Guatemalan children and twelve Honduran children—added to Plaintiffs' First Amended Complaint for Injunctive and Declaratory Relief. (Doc. 14.)

On September 11, 2025, a hearing was held before the Court on the Plaintiffs' Motions for Preliminary Injunction. (Docs. 2, 13-1.) At the hearing, the Court took Plaintiffs' Motions for Preliminary Injunction under advisement and extended the existing Temporary Restraining Orders (Docs. 7, 14), pending resolution of the Motions for Preliminary Injunction.

This formal Order confirms the terms of the extended Temporary Restraining Orders.

. . . .

Where good cause appears, a temporary restraining order may be extended for a period not to exceed fourteen days. Fed. R. Civ. P. 65(b)(2). Here, good cause appears because Plaintiffs have shown a likelihood of success on their claim that removal would deprive them of their right to the removal process prescribed by statute. Plaintiffs have further shown that they would suffer irreparable harm absent a stay, particularly given the lack of clarity concerning the circumstances they would encounter upon their removal from the United States. The balance of collective hardship tips sharply in favor of Plaintiffs, who are children and therefore particularly vulnerable.

Accordingly,

**IT IS ORDERED** that the Temporary Restraining Orders entered in this case on August 31, 2025 (Doc. 7) and on September 8, 2025 (Doc. 14) shall remain in place until **September 26, 2025**, unless modified by subsequent Order of the Court. This Order prohibits the repatriation of any Plaintiff Child without a valid voluntary departure order or removal order issued by an immigration judge.

Dated this 11th day of September, 2025.

Honorable Rosemary Márquez
United States District Judge