# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to respond to Plaintiffs' First Amended Complaint ("the Motion"). (Doc. 30.) In the Motion, Defendants request that their deadline to respond to Plaintiffs' First Amended Complaint be extended by two weeks, from November 3, 2025, to November 17, 2025. (*Id.* at 1.) Defendants' counsel avers that more time is required to "investigate the allegations in the First Amended Complaint, review relevant caselaw and confer with multiple agency counsel." (*Id.*) Defendants' counsel further avers that the ongoing lapse in appropriations has complicated the process for obtaining information and necessary approvals, and that she was out of the country for part of the response period. (*Id.* at 1-2.) Finally, the Motion states that Plaintiffs' counsel consents to the requested extension of time. (*Id.* at 2.)

Good cause appearing, and there being no objection,

. . . .

. . . .

1  **IT IS ORDERED** that Defendants' Unopposed Motion for Extension of Time
2  (Doc. 30) is **granted**. Defendants shall answer or otherwise respond to Plaintiffs' First
3  Amended Complaint on or before **November 17, 2025**.
4  Dated this 31st day of October, 2025.

_____
Honorable Rosemary Márquez
United States District Judge