# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

Pending before the Court is Defendants' second Unopposed Motion for Extension of Time ("the Motion"). (Doc. 32.) On October 31, 2025, the Court granted Defendants' first Unopposed Motion for Extension of Time, extending Defendants' deadline to respond to Plaintiffs' First Amended Complaint ("FAC") from November 3, 2025, to November 17, 2025. (Doc. 31.) In the present Motion, Defendants request a second two-week extension of their deadline to respond to Plaintiffs' FAC, from November 17, 2025, to December 1, 2025. (Doc. 32.) Defendants' counsel avers that more time is needed "to complete investigation into the allegations in the FAC, review relevant caselaw and confer with multiple agency counsel." (*Id.*) Defendants' counsel further avers that the recent lapse in governmental appropriations is still complicating the process for "obtaining information and necessary approvals" despite the resumption of government operations. (*Id.*) Finally, Defendants' counsel states that she has agreed to meet and confer with Plaintiffs' counsel prior to filing a response to the FAC, and needs time to schedule the meeting. (*Id.*)

Good cause appearing, and there being no objection,

**IT IS ORDERED** that Defendants' second Unopposed Motion for Extension of Time (Doc. 32) is **granted**. Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **December 1, 2025**.

Dated this 19th day of November, 2025.

_____
Honorable Rosemary Márquez
United States District Judge