**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Kettlewell, et al., | No. CV-25-00491-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Unopposed Motion for Extension of Time. (Doc. 37.) Plaintiffs request a sixteen-day extension of their deadline to respond to Defendants' Motion to Dismiss (Doc. 36), from December 31, 2025, to January 16, 2026. (*Id.*) Plaintiffs' counsel avers that more time is required to "investigate the arguments advanced in the Motion to Dismiss, review relevant caselaw, and draft a responsive document." (*Id.*) Plaintiffs' counsel further avers that she "has a number of other cases pending before this Court that require research, filings, and preparation during the month of December" and that the requested extension of time will enable her to meet deadlines in those other cases and prepare a thorough responsive brief in this matter. (*Id.*) Plaintiffs' counsel states that Defendants do not oppose her request. (*Id.*) The Court generally does not consider counsel's obligations in other matters to constitute good cause for extensions of time. However, in light of counsel's need to investigate and review the arguments advanced in Defendants' Motion to Dismiss, and given the lack of objection, the Court will grant the requested extension of time.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for Extension of Time (Doc. 37) is **granted**. Plaintiffs shall respond to Defendants' Motion to Dismiss on or before **January 16, 2026**.

Dated this 16th day of December, 2025.

_____
Honorable Rosemary Márquez
United States District Judge