**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Susan Kettlewell, et al.,

Plaintiffs,

v.

Kristi Noem, et al.,

Defendants.

No. CV-25-00491-TUC-RM

**ORDER**

Pending before the Court is Defendants' second Motion for Extension of Time to file a reply in support of their Motion to Dismiss. (Doc. 43.) The Court previously extended Defendants' deadline to file their reply by three weeks, from February 2, 2026, to February 23, 2026. (Doc. 42.) In their second Motion for Extension of Time, Defendants request that the Court extend the deadline to file their reply by an additional four weeks, from February 23, 2026, to March 23, 2026. (Doc. 43.) Defendants aver that more time is required "to analyze the response to the motion, review relevant caselaw and confer with multiple agency counsel." (*Id.*) Defendants further aver that staffing shortages at the U.S. Attorney's Office, including the departure of an experienced attorney whose caseload was redistributed, have impacted Defendants' counsel's ability to comply with the deadlines set by the Court. (*Id.*) Defendants' counsel further explains that work in other matters is currently diverting significant amounts of her time.[1] (*Id.*) Finally, Defendants' counsel states that Plaintiffs' counsel consents to the requested extension of time. (*Id.*)

[1] The Court generally does not consider counsel's obligations in other matters to constitute good cause for extensions of time.

In light of the circumstances explained by Defendants, and the lack of objection, the Court will grant the requested extension of time.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Extension of Time to file a reply in support of their Motion to Dismiss (Doc. 43) is **granted**. Defendants may file a reply in support of their Motion to Dismiss on or before **March 23, 2026**.

Dated this 23rd day of February, 2026.

Honorable Rosemary Márquez
United States District Judge