**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Susan Kettlewell, et al.,

Plaintiffs,

v.

Kristi Noem, et al.,

Defendants.

No. CV-25-00491-TUC-RM

**ORDER**

Pending before the Court is Defendants' Motion to Exceed Page Limit for Motion to Dismiss (Doc. 57), and Defendants' Motion for Leave to File Under Seal Attachment 1 to Exhibit A to Defendant's Motion to Dismiss (Doc. 58). Defendants have lodged their proposed Motion to Dismiss (Doc. 60), and lodged under seal Attachment 1 to Exhibit A to the Motion to Dismiss (Doc. 61).

In the Motion to Exceed Page Limit, Defendants request that their Motion to Dismiss be permitted to contain 23 pages. (Doc. 57.) Local Rule of Civil Procedure ("LRCiv") 7.2(e)(1) states that "unless otherwise permitted by the Court," a motion may not exceed 17 pages. Defendants aver that the additional pages are justified by the complexity and importance of the matters at issue in the motion and the number of parties in the case. (Doc. 57.) Defendants further aver that counsel for Plaintiffs has no objection to the relief requested in the Motion to Exceed Page Limit. (*Id.*) Good cause appearing, the Court will grant the Motion to Exceed Page Limit, and order the Clerk to file the lodged Motion to Dismiss.

In the Motion for Leave to File Under Seal, Defendants request that they be permitted to file Attachment 1 to Exhibit A to the Motion to Dismiss under seal because it contains the full birth dates of the Plaintiff Children. (Doc. 58.) Good cause appearing, the Court will grant the Motion for Leave to File Under Seal and order the Clerk to file the sealed, lodged Attachment 1 to Exhibit A.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Exceed Page Limit for Motion to Dismiss (Doc. 57) is **granted**. The Clerk of Court is directed to **file** Defendants' Motion to Dismiss (lodged at Doc. 60).

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Under Seal Attachment 1 to Exhibit A to Defendant's Motion to Dismiss (Doc. 58) is **granted**. The Clerk of Court is directed to **file under seal** Attachment 1 to Exhibit A to Defendant's Motion to Dismiss (lodged at Doc. 61).

Dated this 13th day of November, 2026.

Honorable Rosemary Márquez
United States District Judge